# United States Court of Appeals
## For the First Circuit

No. 09-1135

SONIA I. JIMÉNEZ; LOURDES MOLINA-DOVAL,

Plaintiffs, Appellants,

v.

LUIS ALFONSO RODRÍGUEZ-PAGÁN; ALIDA RAMONA BINET-MIESES; CONJUGAL PARTNERSHIP RODRÍGUEZ-BINET; FEDERICO TOMÁS RODRÍGUEZ-BINET a/k/a Tommy Rodríguez; ISABELA BEACH COURT,

Defendants, Appellees.

**ERRATA SHEET**

The opinion of this Court issued on March 1, 2010 is amended as follows:

On page 11, line 5, delete repeated word "person"
On page 11, line 10, replace "will" with "would"
On page 11, line 13, replace "non-joinder" with "nonjoinder"
On page 12, line 15, insert "79" before "F. Supp. 2d"